420658

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

RECEIVED
01 AUG 30 PM 3:58
CLERK, U.S. DIST. COURT
MINNEAPOLIS

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1384 DDA/FLN **Case Title:** Tschida v. Rosso, et al.

**Affidavit of Movant**

I, Michael G. Phillips, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice James Shedden, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (x)plaintiff ( )defendant Rachel K. Tschida in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] 0290105 8/27
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, James Shedden, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

James Shedden [signature] 8/22/01
Type/Print Name Signature Date

Attorney License Number: 06183154

Law Firm Name & Address: Beeler, Schad & Diamond, P.C.
332 South Michigan Avenue, Suite 1000
Chicago, Illinois 60604

Telephone: (312) 939-6280

Motion Granted: [signature] SEP 04 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED SEP 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

6/99