**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Rachel K. Tschida, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

Steven T. Rosso, P.A., a Minnesota professional association, Steven T. Rosso, an individual, and JNR Adjustment Company, Inc., a Minnesota corporation, d/b/a JNR Adjustment,

Defendants.

01cv1384 (DDA/FLN)

**CLASS ACTION**

**ORDER**

---

This cause coming on to be heard on the plaintiff's Motion to Voluntarily Dismiss JNR Adjustment Company, Inc., a Minnesota corporation, d/b/a JNR Adjustment, pursuant to Federal Rules of Civil Procedure 41(a)(2), the Court having considered the submissions of the parties, all pertinent matters in the files, records, and proceedings herein and being fully advised in the premises:

**IT IS HEREBY ORDERED**:

The Motion is GRANTED.

DATED: This 11th day of April, 2002.

DONALD D. ALSOP, Senior Judge
United States District Court

APR 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK