**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Rachel K. Tschida, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

Steven T. Rosso, P.A., a Minnesota professional association, Steven T. Rosso, an individual, and JNR Adjustment Company, Inc., a Minnesota corporation, d/b/a JNR Adjustment,

Defendants.

01cv1384 (DDA/FLN)

**CLASS ACTION**

**ORDER**

---

This cause coming on to be heard on the plaintiff's and the Rosso defendants' (1) Joint Motion to Approve Acceptance of Rule 68 Offer and (2) to Withdraw Class Allegations, the Court having considered the submissions of the parties, all pertinent matters in the files, records and proceedings and being fully advised in the premises;

**IT IS HEREBY ORDERED**:

The Motion is GRANTED.

DATED: This 11th day of April, 2002.

DONALD D. ALSOP, Senior Judge
United States District Court

APR 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK