UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rachel K. Tschida, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Steven T. Rosso, P.A., a Minnesota professional association, Steven T. Rosso, an individual, and JNR Adjustment Company, Inc., a Minnesota corporation, d/b/a JNR Adjustment,

Defendants.

01 CV 1384 (DDA/FLN)

**ORDER**

Pursuant to this Court's Orders of April 11, 2002,

**IT IS ORDERED** that the above-entitled action is DISMISSED without prejudice as to the defendant JNR Adjustment Company, Inc. and is DISMISSED with prejudice as to the defendants Steven T. Rosso, P.A. and Steven T. Rosso, an individual.

DATED: June 17, 2002.

DONALD D. ALSOP, Senior Judge
United States District Court

JUN 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK